AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID: 11972434
2687-0603-0486-J

for the

Northern District of West Virginia

United States of America
v.

KATY LYNN SMITH

_____
Defendant

)
)
)
)
)
)
)

Case No.   3:26-cr- 29-08

**RECEIVED**
**By MLoretta at 4:23 pm, Jun 03, 2026**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KATY LYNN SMITH                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Bank Fraud
Bank Fraud
Aggravated Identity Theft

Date:      06/02/2026                                    _____
                                                        *Issuing officer's signature*

City and state:    Wheeling, West Virginia              JAMES P. MAZZONE, US MAGISTRATE JUDGE
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/02/2026 , and the person was arrested on *(date)* 7/20/2026 at *(city and state)* FAIRFAX, Virginia . |
| Date: 7/20/2026 _____ *Arresting officer's signature* Jason WINSTON (DUSM) *Printed name and title* |